**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG BOSS MUSIC B.V. d/b/a THE SUPERSTAR BROKERS, a Netherlands company,<br><br>   Plaintiff,<br><br>   v.<br><br>HOLY TOLEDO PRODUCTIONS LLC, an Indiana limited liability company, MATTHEW MARKOFF, an individual, and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No.: **2:23-cv-00867-WLH (RAOx)**<br><br>The Honorable Wesley L. Hsu<br>Courtroom 9B<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND FOR THE COURT TO RETAIN JURISDICTION SOLELY TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT [32]** |

The Court, having read and considered the joint stipulation for dismissal of this action without prejudice and for the Court to retain jurisdiction solely to enforce the parties' settlement agreement filed by plaintiff Big Boss Music B.V. d/b/a The Superstar Brokers ("**Plaintiff**") and defendants Holy Toledo Productions, LLC, Matthew Markoff, Adrian Boeckeler, and Anno Domini Nation LLC (collectively, "**Defendants**"), and good cause appearing, **HEREBY ORDERS** as follows:

The Court **GRANTS** the Stipulation as follows:

1. The action is dismissed without prejudice; and
2. The Court retains full jurisdiction over this action and over the parties for one hundred twenty (120) days solely to enforce the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

DATED: March 18, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE